# United States District Court
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. § 875(c) |
| | NMT 5 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NMT 3 Years Supervised Release |
| SAFYA ROE YASSIN, | $100 Mandatory Special Assessment |
| [DOB: 07/29/1977] | Class D Felony |

### CRIMINAL COMPLAINT

Case No.   16-mj-2009-DPR

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about August 24, 2015, in the Western District of Missouri, and elsewhere, the defendant SAFYA ROE YASSIN, did knowingly, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof:    X   Yes            No.

/s/ Stacie Lane
Stacie Lane, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

                                        at        Springfield, Missouri
Date    February 17, 2016                                    City and State


United States Magistrate Judge David P. Rush        /a/ David P. Rush
Name and Title of Judicial Officer        Signature of Judicial Officer