IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN THE MATTER OF THE UNITED STATES
FOR A SEARCH AND SEIZURE WARRANT
AND CRIMINAL COMPLAINT

No. 16-mj-2009 DPR

)

## ORDER TO SEAL

Upon the Application of the United States to seal certain documents relating to the above referenced search warrant is hereby granted by this court, and for good cause shown,

IT IS HEREBY ORDERED, that all applications, affidavits, orders, and related documents shall be sealed.

2/17/16
DATE

Honorable David P. Rush
United States Magistrate Judge
Western District of Missouri