IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.  16-mj-2009-DPR |
| | ) | |
| SAFYA ROE YASSIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Defendant, Safya Roe Yassin, and for her Motion for Leave to File Under Seal a Response to the Government's Motion to Detain Defendant, respectfully submits the following.

Defendant is requesting to file under seal because the response contains Ms. Yassin's personal information.

WHEREFORE, due to the sensitive nature of the Response to the Government's Motion to Detain Defendant, counsel for Defendant respectfully requests that permission be granted to file the response under seal.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

February 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**