# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 16-mj-2009DPR |
| SAFYA ROE YASSIN, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon motion of counsel for defendant, and for good cause shown, it is hereby

ORDERED that the defendant's Motion for Leave to File Under Seal, is hereby, GRANTED.

The Court directs that the Report to the Court shall be filed under seal.

*/s/ David P. Rush*
**DAVID P. RUSH,**
**UNITED STATES MAGISTRATE JUDGE**

Date: February 23, 2016