UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 16-3024-01-CR-S-RK |
| SAFYA ROE YASSIN, | ) ) |
| Defendant. | ) ) |

## GOVERNMENT'S EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered, then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 2/23 | 15:03 | Internet posting |
| 2 | ✓ | 2/23 | 15:04 | Internet posting (8/12/2015) |
| 3 | ✓ | 2/23 | 15:06 | Internet posting (12/1/2015) |
| 4 | ✓ | 2/23 | 15:07 | Internet posting (12/4/2015) |
| 5 | X | 2/23 | 15:09 | Cell phone records copy |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |