IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-03024-01-CR-S-RK |
| SAFYA ROE YASSIN, | ) |
| Defendant. | ) |

## ORDER

After the United States moved for pretrial detention, a hearing was held in this matter pursuant to 18 U.S.C. § 3142(f). The defendant was present personally and with her appointed counsel Ian Lewis, Assistant Federal Public Defender. The United States was represented by Abram McGull, Assistant United States Attorney.

The Grand Jury has found probable cause to believe that the offense charged was committed by this defendant. Based on the evidence presented at the hearing, there are no conditions that the Court can impose that would reasonably assure the safety of other person or the community.

The factors to be considered by the Court in determining whether the defendant should be detained pending trial are enumerated in section 3142(g). Regarding potential danger to the community, the Court notes the nature of the instant offense, defendant's prior arrests for similar charges, multiple convictions for Threatening Crime with Intent to Terrorize, mental health history, use of a computer to facilitate the alleged offense, and safety concerns for the community and specific individuals.

Based on all the foregoing, the Court finds by clear and convincing evidence that the defendant is a danger to the community.

**IT IS THEREFORE ORDERED** that the defendant be, and is hereby detained without bail.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**DATED:  February 26, 2016**

      /s/ *David P. Rush*
**DAVID P. RUSH**
**United States Magistrate Judge**