IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-03024-01-CR-S-RK |
| SAFYA ROE YASSIN, | ) |
| Defendant. | ) |

**ORDER OF RECUSAL**

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses herself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another district judge.

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

Date: March 2, 2016