# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-03024-01-CR-S-MDH |
| SAFYA ROE YASSIN, | |
| Defendant. | |

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay $20,034.91 as restitution.

2. The victims' names and each victim's total loss are listed in Attachment A to this Restitution Judgment, an unredacted copy of which is on file with the Clerk of the Court.

3. The Court has determined that the defendant does not have the ability to pay interest; therefore, interest is waived.

4. Pursuant to 18 U.S.C. § 3612(g), the defendant may be subject to delinquent and default penalties.

5. Restitution is due and payable immediately and notwithstanding any other provision of this order, the Government may enforce restitution at any time.

6. While incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least 10% of the prisoner's monthly earnings.

7. Each month the defendant shall pay to the Clerk at least $150 or 10% of his gross monthly income, whichever is greater. This is the minimum amount of restitution the defendant must pay per month.

8. All payments shall be made to the Clerk of the Court, United States District Court, 400 E. 9th Street, Room 1150, Kansas City, MO 64106.

9. The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 400 E. 9th Street, Room 5510, Kansas City, MO 64106 of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

                                                                 s/Douglas Harpool
                                                                 Douglas Harpool
                                                                 United States District Judge

Dated: July 18, 2018